UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENONA INDUSTRIES, LLC,

    Plaintiff/Counter-Defendant,

v.

PERLANE SALES, INC.,

    Defendant/Counterclaimant.
_____/

Case No. 1:23-cv-1227

HON. JANE M. BECKERING

## JUDGMENT

In accordance with the Opinion and Order entered this date:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Plaintiff and against Defendant.

This case is closed.

Dated: August 12, 2025

    /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge